FILED

2012 MAR -2  AM 10: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

1   JOHNSON & PHAM, LLP
    Christopher D. Johnson, SBN: 222698
2        E-mail: cjohnson@johnsonpham.com
    Christopher Q. Pham, SBN: 206697
3        E-mail: cpham@johnsonpham.com
    Marcus F. Chaney, SBN: 245227
4        E-mail: mchaney@johnsonpham.com
    Jason R. Vener, SBN: 267941
5        E-mail: jvener@johnsonpham.com
    Ani S. Garibyan, SBN: 274846
6        E-mail: agaribyan@johnsonpham.com
    6355 Topanga Canyon Boulevard, Suite 326
7   Woodland Hills, California   91367
    Telephone:   (818) 888-7540
8   Facsimile:   (818) 888-7544
9
10
11  Attorneys for Plaintiff
12  MOPHIE, INC.
13
14              UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
16
17  MOPHIE, INC., formerly known as          Case No. SACV12-00325 JVS (MLGx)
18  mSTATION Corporation, a California
    Corporation,
19
20              Plaintiff,                    COMPLAINT FOR DAMAGES
                                             AND DECLARATORY RELIEF:
21        vs.
                                             (1) FEDERAL TRADEMARK
22                                               INFRINGEMENT [15 *U.S.C.* §
    TRI LUU, an Individual, and Does 1-10,       1114/*Lanham Act* §43(a)]
23  Inclusive,                               (2) FALSE DESIGNATION OF
                                                 ORIGIN/UNFAIR
24              Defendants.                       COMPETITION/FALSE OR
                                                 MISLEADING ADVERTISING
25                                               [15 *U.S.C.* §1125(a)];
                                             (3) TRADEMARK DILUTION [15
26                                               *U.S.C.* §1125(c)];
27                                           (4) UNFAIR BUSINESS
28

- 1 -
COMPLAINT FOR DAMAGES

PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS CODE* §17200];
(5) UNJUST ENRICHMENT;
(6) FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. §501(a)];
(7) COMMON LAW COPYRIGHT INFRINGEMENT [CALIFORNIA CIVIL CODE § 980 ET SEQ., AND CALIFORNIA COMMON LAW]
(8) DECLARATORY RELIEF;

DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff MOPHIE, INC., (hereinafter "Plaintiff" and/or "MOPHIE"), and hereby alleges as follows:

## PARTIES

1.      Plaintiff MOPHIE INC., (hereinafter "Plaintiff" and/or "MOPHIE"), formerly mSTATION Corporation, is now, and was at the time of the filing of this Complaint and at all intervening times, a California Corporation, duly authorized and licensed to conduct business in the state of California, with its principal place of business in Santa Ana, California.

2.      Plaintiff alleges, on information and belief, that TRI LUU (hereinafter "Defendant") is now, and was at the time of the filing of this Complaint, an individual residing at 8308 Westminster Boulevard, Apartment 13, Westminster, California 92683-3387.

3.      Defendant conducts business in the jurisdiction of the United States District Court for the Central District of California by offering counterfeits goods for sale in Los Angeles, California, that infringe on the registered trademarks of Plaintiff.

4.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendant herein named as Does 1-10, inclusive, are unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious names.   When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this pleading accordingly.

5.     Plaintiff further alleges that Defendant, and Does 1-10, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendant upon the causes of action hereinafter set forth.

6.     Plaintiff is informed and believes and thereon alleges that at all times mentioned herein Defendant, and Does 1-10, inclusive, and each of them, were the agents, servants and employees of every other Defendant and the acts of each defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

**JURISDICTION/VENUE**

7.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of claims for trademark infringement, false designation of origin, unfair competition and dilution under the Lanham Act (15 *U.S.C.* §1051 *et seq.*), and copyright infringement under 17 U.S.C. §501(a); and this Court has supplemental jurisdiction pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

8.     This Court has personal jurisdiction over Defendant since Defendant has committed the tortious and illegal activities of trademark infringement and unfair competition in this district and/or Defendant has sufficient minimum contacts with this district to such that the exercise of jurisdiction over Defendant by this Court does not offend traditional notions of fair play and substantial justice. Among other things, Defendant has advertised, offered to sell, has sold and has directed or sent to consumers within and to this judicial district products that

1    infringe the trademarks of Plaintiff. Defendant has also purposefully offered to sell

2    and actually sold counterfeit products (described more fully below) using an

3    interactive internet website and knowing or having reason to know that consumers

4    throughout the United States, including within this judicial district, would purchase

5    said counterfeit goods from Defendant, believing that they were authentic goods

6    manufactured and distributed by Plaintiff or its authorized manufacturers.

7        9.    Additionally, supplemental jurisdiction exists over Defendants

8    because on information and belief, Defendants conduct business in California and

9    in this judicial district, have purposefully directed action to California and this

10   district, or have otherwise availed themselves of the privileges and protections of

11   the laws of the State of California, such that this Court's assertion of jurisdiction

12   over Defendants does not offend traditional notions of fair play and due process.

13       10.   Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because

14   on information and belief, a substantial part of the events or omissions giving rise

15   to the claims occurred in this judicial district, and has caused damages to Plaintiff

16   in this district. The counterfeit MOPHIE - branded product was purchased from

17   California and Defendants purposefully shipped the counterfeit product into

18   California. Defendant currently resides in this judicial district. Defendants' actions

19   within this district directly interfere with and damage Plaintiff's commercial efforts

20   and endeavors and harms Plaintiffs' goodwill within this Venue. Additionally,

21   Plaintiff conducts a substantial business within this Venue.

22                              **GENERAL ALLEGATIONS**

23       11.   Plaintiff is an award-winning designer and manufacturer of mobile

24   intelligent devices and accessories.  MOPHIE is widely recognized and highly

25   acclaimed for its creative and innovative solutions, including the "Mophie Juice

26   Pack" portable battery case certified by Apple, Inc., for use with iPhones.

27   Plaintiff is one of the leading companies in their industry and has gained numerous

28   awards and recognition for its innovative products and designs.

12.   Plaintiff continually strives to discover and develop advanced technologies, coupled with trend-setting designs to meet the voracious needs of the consumer electronics industry.

13.   Plaintiff has spent substantial time, money and effort in developing consumer recognition and awareness of its marks.  Through the extensive use of the Plaintiff's marks, Plaintiff has built up and developed significant goodwill in its entire product line.   A wide array of newspapers, magazines and television networks has included advertising of Plaintiff's products, which are immediately identified by Plaintiff's marks.   Plaintiff is the exclusive owner of federally-registered and Common law trademarks. The following is a partial (non-exhaustive) list of the registered trademarks owned by Plaintiff:

> A.   MOPHIE, registration number 3,227,723, registered April 10, 2007.
>
> B.   MOPHIE, registration number 3,949,983, registered April 26, 2011.
>
> C.   M, registration number 3,681,444, registered September 8, 2009.
>
> D.   M, registration number 3,681,443, registered September 8, 2009.

Attached hereto as **Exhibits A - D** are true and correct copies of the certificates of registration for each of the Marks that are federally-registered (hereinafter "Plaintiff's Marks").

14.   Plaintiff is also the holder of numerous international trademarks in the following locations: Canada, New Zealand, India, Philippines, South Korea, Malaysia, Russian Federation, Brazil, Mexico, International Protocol (Madrid Treaty), European Community, Hong Kong, Japan, Taiwan, Australia, Singapore, Thailand, and the People's Republic of China.

15.   Plaintiff is also the exclusive holder of federally-registered and

1    common law Copyrights (collectively, the "Common-Law Copyrights"). Currently,
2    Plaintiff has numerous copyright applications pending approval with the United
3    States Copyright Office concerning Plaintiff's packaging materials related to and
4    used in connection with the distribution of its MOPHIE – branded products.

5        16.    Currently, Plaintiff holds federally-registered Copyrights related to
6    and used in connection with the distribution of its MOPHIE – branded products
7    (collectively,   the   "Federally-Registered   Copyrights"),   with   the   following
8    registration numbers and registration dates:

9            A.    "Mophie Juice Pack Plus for iPhone 4 Package and Insert,"
10           registration number VA0001780916, registered March 30, 2011.

11           B.    "Mophie JPA iPhone 4 Package and Insert," registration
12           number VA0001758285, registered December 13, 2010.

13   Attached hereto as **Exhibits E - F** are true and correct copies of the certificates of
14   registration for each of the works of authorship that are registered with the United
15   States Copyright Office.

16       17.    Defendants use, amongst other things, the Internet auction website
17   known as eBay to sell and distribute products, including counterfeit hard goods
18   bearing Plaintiff's marks, described above, to consumers.  At any given time, there
19   are millions of items listed on eBay for bid or purchase by its more than one
20   million registered users.  Buyers have the option to purchase items in an auction-
21   style format where users bid on products or items can be purchased at a fixed price
22   through a feature referred to as "Buy It Now."  Using another eBay feature referred
23   to as "Feedback," users who have made a purchase on eBay are given the
24   opportunity to post positive, neutral or negative reviews in relation to their buying
25   experience.  While feedback can give some indication of sales volume, empirical
26   evidence shows that actual sales far exceed the number of feedback entries a seller
27   receives.

28   / / /

18.   Beginning on a date that is currently unknown to Plaintiff and continuing to the present, Defendant has, without the consent of Plaintiff, offered to sell and sold within the United states (including within this judicial district) goods that were neither made by Plaintiff nor by a manufacturer authorized by Plaintiff (such goods are hereafter referred to as "Counterfeit Goods") using reproductions, counterfeits, copies and/or colorable imitations of one or more of Plaintiff's Marks. On information and belief, Plaintiff further alleges that Defendant imported said Counterfeit Goods into the United States, or encouraged others to import said Counterfeit Goods into the United States, for the purpose of reselling the Counterfeit Goods in the United States.

19.   Defendant manages and operates at least two (2) webpages on eBay.com under the monikers "khaitri1984" and "americaneagle-us84." Through these webpages, Defendants regularly and systematically advertise, market, distribute and sell counterfeit products bearing unauthorized MOPHIE registered trademarks.

20.   Through such business activities, Defendants purposely derived direct benefits from their interstate commerce activities by targeting foreseeable purchasers in the State of California.

21.   On December 19, 2011, in its ongoing investigation of counterfeit sales of the Plaintiff's products, Plaintiff purchased a counterfeit "MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-AMH RECHARGEABLE EXTERNAL BATTERY" (Item Number: 250956802469) from Defendant's eBay ID "khaitri1984", for a cost of $61.98. Defendant thereafter shipped into Los Angeles, California, and within this Court's jurisdiction, the item purchased by Plaintiff. A true and correct copy of the website purchase receipt is attached hereto as **Exhibit G.**

22.   Defendant's eBay webpage "khaitri1984" shows at least 82 feedbacks from various purchasers of MOPHIE – branded products from November 27, 2011,

through February 27, 2012, including feedback from purchasers stating that the items sold by Defendant are counterfeit. A true and correct copy of the Defendant's "khaitri1984" eBay User ID feedback profile is attached hereto as **Exhibit H.**

23.   On January 23, 2012, Plaintiff, through its counsel sent a cease and desist letter to Defendant relating to Defendant's intentional trademark and copyright infringement of MOPHIE – branded products, specifically on eBay.com. A true and correct copy of the January 23, 2012, letter sent to Defendant with corresponding enclosures is attached hereto as **Exhibit I.**

24.   Following no response from Defendant, Plaintiff sent a *second* cease and desist demand letter via certified U.S. mail on February 7, 2012. Plaintiff received a signed domestic return receipt confirming Defendant's receipt of the letter. A true and correct copy of the February 7, 2012, certified letter sent to Defendant with corresponding signed return receipt is attached hereto as **Exhibit J.**

25.   On February 10, 2012, Plaintiff's counsel was contacted by Mr. Andre Lam who identified himself as counsel for Defendant. Mr. Lam acknowledged Defendant's receipt of the January 23, 2012 and February 7, 2012, cease and desist letters.

26.   Thereafter, on February 19, 2012, in its ongoing investigation of counterfeit sales of the Plaintiff's products, Plaintiff purchased a second counterfeit "MOPHIE JUICE PACK PLUS BATTERY CASE 2000MAH FOR IPHONE 4 & 4S" (Item number: 250996177785) from Defendant's eBay ID "americaneagle-us84", for a cost of $63.98. Defendant thereafter shipped into Los Angeles, California, and within this Court's jurisdiction, the item purchased by Plaintiff. A true and correct copy of the second website purchase receipt is attached hereto as **Exhibit K.**

27.   Defendant's eBay webpage "americaneagle-us84" shows at least 8 prior sales of MOPHIE – branded products from February 15, 2012, through

1    February 26, 2012. A true and correct copy of the Defendant's "americaneagle-
2    us84" eBay User ID purchase history is attached hereto as **Exhibit L.**

3         28.    As of February 27, 2012, after ample notice, Defendant continues to
4    list for sale Plaintiff's MOPHIE – branded products on eBay.com under seller ID
5    "americaneagle-us84." A true and correct copy of Defendant's auction for a
6    "Mophie Juice Pack Plus Battery Case 2000mAh for iPhone 4 & 4S" is attached
7    hereto as **Exhibit M.**

8         29.    Defendants intentionally and knowingly directed payment for the
9    counterfeit items to be made to PayPal, a company owned by eBay, with its
10   principal place of business located in Orange County, California, within this
11   judicial district.

12        30.    Upon its receipt, the product purchased from Defendant was inspected
13   by Plaintiff in Los Angeles, California to determine authenticity.   Plaintiff's
14   inspection of the purchased items using security measures confirmed that the items
15   Defendants sold to the investigator were in fact a counterfeit "MOPHIE JUICE
16   PACK AIR FOR IPHONE 4/4S 2000-AMH RECHARGEABLE EXTERNAL
17   BATTERY" and "MOPHIE JUICE PACK PLUS BATTERY CASE 2000MAH
18   FOR IPHONE 4 & 4S," respectively.

19        31.    Defendant uses images and names confusingly similar or identical to
20   Plaintiff's Marks to confuse consumers and aid in the promotion and sales of its
21   unauthorized and counterfeit product. Defendants' use of Plaintiff's Marks include
22   importing, advertising, displaying, distributing, selling and/or offering to sell
23   unauthorized copies of Plaintiff's "MOPHIE JUICE PACK AIR FOR IPHONE
24   4/4S 2000-AMH RECHARGEABLE EXTERNAL BATTERY" and "MOPHIE
25   JUICE PACK PLUS BATTERY CASE 2000MAH FOR IPHONE 4 & 4S,"
26   respectively.

27        32.    Defendant's use began long after Plaintiff's adoption and use of its
28   trademarks, and after Plaintiff obtained the trademark registrations alleged above.

1  Neither Plaintiff nor any authorized agents have consented to Defendant's use of
2  Plaintiff's Marks.

3      33.    Defendant's actions have confused and deceived, or threatened to
4  confuse and deceive, the consuming public concerning the source and sponsorship
5  of the counterfeit Mophie – Branded products sold and distributed by Defendant.
6  By its wrongful conduct, Defendant has traded upon and diminished Plaintiff's
7  goodwill.  Furthermore, the sale and distribution of counterfeit goods by Defendant
8  has infringed upon Plaintiff's federally registered trademarks.

9      34.    Defendant sold no less than one hundred seventy-two (172)
10 counterfeit MOPHIE® Juice Pack Plus units, from November 27, 2011 to February
11 24, 2012 on eBay, seller ID "khaitri1984." A true and correct copy of a sales report
12 on eBay seller ID "khaitri1984" compiled by Terapeak.com ("Terapeak"), a third-
13 party eBay specific service which caches and tracks online commercial
14 transactions and listings by product type and seller ID, identifying 1 sale from
15 April 19, 2011 through July 17, 2011 is attached hereto and marked as **Exhibit N.**

16     35.    Combined, Defendant has sold no less than one hundred eighty (180)
17 MOPHIE – branded products on eBay utilizing the user IDs "khaitri1984" and
18 "americaneagle-us84."

19     36.    Defendant's offering to sell, selling, importing and encouraging others
20 to import counterfeit goods in this manner was and is likely to cause confusion or
21 to cause mistake and/or to deceive consumers who purchase the counterfeit goods.

22     37.    Defendant also offered to sell, sold, imported, and/or encouraged
23 others to import for purpose of resale within the United States counterfeit goods
24 consisting of reproductions and/or copies of products bearing Plaintiff's Marks.
25 Defendant's use of such Marks was done without Plaintiff's authorization.
26 / / /
27 / / /
28

# FIRST CAUSE OF ACTION

## (Trademark Infringement Against Defendant TRI LUU, and Does 1-10, Inclusive)

### [15 *U.S.C.* §1114/*Lanham Act* §43(a)]

38.     Plaintiff hereby incorporates by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

39.     Defendant's actions as described herein constitute direct and/or contributory trademark infringement in violation of 15 U.S.C. §1114(1)(a).

40.     As a ""proximate result of Defendant's trademark infringement, Plaintiff has been damaged in an amount to be proven at trial. Further, Plaintiff alleges on information and belief that, as a proximate result of Defendant's trademark infringement, Defendant has unlawfully profited in an amount to be proven at trial.

41.     At all relevant times, Defendant acted intentionally and/or willfully in using the Marks on the Counterfeit Goods, knowing that said Marks belonged to Plaintiff, that the Counterfeit Goods were in fact counterfeit, and that Defendant was not authorized to use said Marks on the Counterfeit Goods.    Plaintiff is therefore entitled to recovery of treble damages pursuant to 15 *U.S.C.* §1117(a). Further, Defendant's knowing, intentional and/or willful actions make this an exceptional case, entitling Plaintiff to an award of reasonable attorney fees pursuant to 15 *U.S.C.* §1117(a).

42.     Defendant's actions also constitute the use by Defendant of one or more "counterfeit mark" as defined in 15 *U.S.C.* §1116(d)(1)(B). Plaintiff therefore reserves the right to elect, at any time before final judgment is entered in this case, an award of statutory damages pursuant to 15 *U.S.C.* §1117(c)(1) and/or (2).

/ / /

/ / /

43.     The acts of direct and/or contributory trademark infringement committed by Defendant have caused, and will continue to cause, Plaintiff irreparable harm unless they are enjoined by this Court.

## SECOND CAUSE OF ACTION

### (False Designation of Origin, False or Misleading Advertising Against Defendant TRI LUU, and Does 1-10, Inclusive)

### [15 *U.S.C.* §1125 (a)]

44.     Plaintiff hereby incorporates by reference each of the other allegations set forth elsewhere in this Complaint as thought fully set forth in this cause of action.

45.     Defendant's actions as described herein constitute direct and/or contributory violation of 15 *U.S.C.* §1125(a)(1)(A), as such actions are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of defendant with Plaintiff and/or as to the origin, sponsorship, and/or approval of such Counterfeit Goods by Plaintiff.

46.     As a proximate result of Defendant's violation as described herein, Plaintiff has been damaged in an amount to be proven at trial. Further, Plaintiff alleges on information and belief that, as a proximate result of defendant's direct and/or contributory trademark infringement, Defendant has unlawfully profited, in an amount to be proven at trial.

47.     Defendant's acts of violating, directly and/or contributorily, Section 1125 have caused, and will continue to cause, Plaintiff irreparable harm unless they are enjoined by this Court.

/ / /

/ / /

## THIRD CAUSE OF ACTION

### (Dilution Against Defendant TRI LUU, and Does 1-10, Inclusive)

### [15 U.S.C. §1125(c)]

48.    Plaintiff hereby incorporates by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

49.    Plaintiff's marks are distinctive and famous within the meaning of the Lanham Act.

50.    Upon information and belief, Defendant's unlawful actions began long after Plaintiff's mark became famous, and Defendant acted knowingly, deliberately and willfully with the intent to trade on Plaintiff's reputation and to dilute Plaintiff's mark. Defendant's conduct is willful, wanton and egregious.

51.    Defendant's intentional sale of fake, pirated and counterfeit items bearing Plaintiff's marks is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine products manufactured by Plaintiff. The actions of Defendant complained of herein have diluted and will continue to dilute Plaintiff's marks, and are likely to impair the distinctiveness, strength and value of Plaintiff's marks, and injure the business reputation of Plaintiff and its marks.

52.    Defendant's acts have caused and will continue to cause Plaintiff irreparable harm. Plaintiff has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendant's unlawful acts, unless they are enjoined by this Court.

53.    As the acts alleged herein constitute a willful violation of section 43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendant's profits, treble damages, reasonable attorney's fees, costs and prejudgment interest.

1

## FOURTH CAUSE OF ACTION

2

### (Unfair Competition Against TRI LUU, and Does 1-10, Inclusive)

3

### California Bus. & Professional Code §17200 *et seq.*

4       54.    Plaintiff hereby incorporates by reference each of the other allegations

5    set forth elsewhere in this Complaint as thought fully set forth in this cause of

6    action.

7       55.    Defendant's actions described herein constitute unlawful, unfair

8    and/or fraudulent business acts or practices. Defendant's actions thus constitute

9    "unfair competition" pursuant to *California Business & Professionals Code*

10   §17200.

11      56.    As a proximate result of Defendant's actions, Plaintiff has suffered an

12   injury in fact, including without limitation, damages in an amount to be proven at

13   trial, loss of money or property, and diminution in the value of its trademarks.

14   Plaintiff therefore has standing to assert this claim pursuant to *California Business*

15   *& Professions Code* §17204.

16      57.    Defendant's actions have caused, and will continue to cause Plaintiff

17   to suffer irreparable harm unless enjoined by this Court pursuant to *California*

18   *Business & Professions Code* §17203. In addition, Plaintiff requests that the Court

19   order that Defendant disgorges all profits wrongfully obtained as a result of

20   Defendant's unfair competition, and order that defendant pay restitution to Plaintiff

21   in an amount to be proven at trial.

22

## FIFTH CAUSE OF ACTION

23

### (Unjust Enrichment Against Defendant TRI LUU, and Does 1-10, Inclusive)

24      58.    Plaintiff hereby incorporates by reference each of the other allegations

25   set forth elsewhere in this Complaint as thought fully set forth in this cause of

26   action.

27      59.    By virtue of the egregious and illegal acts of Defendant as described

28   above, Plaintiff has been unjustly enriched in an amount to proven at trial.

60.     Defendant's retention of monies gained through its deceptive business practices, infringement, acts of counterfeit and otherwise would serve to unjustly enrich Defendant and would be contrary to the interests of justice.

### SIXTH CAUSE OF ACTION

**(Federal Copyright Infringement Against TRI LUU, and Does 1-10, Inclusive)**

**[17 U.S.C. §501(a)]**

61.     Plaintiff hereby incorporates by reference each of the other allegations set forth elsewhere in this Complaint as thought fully set forth in this cause of action.

62.     Plaintiff is the exclusive owner of copyrights in and related to its MOPHIE – branded products packaging, having numerous applications relating to the same pending with the United States Copyright Office and possessing copyright registrations with the United States Copyright Office.

63.     Defendants did not seek and failed to obtain Plaintiff's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-protected materials.

64.     Without permission, Defendants intentionally and knowingly reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff's protected works by offering, advertising, promoting, retailing, selling, and distributing counterfeit MOPHIE-branded products contained within product packaging which is at a minimum substantially similar to Plaintiff's Copyright protected product packaging.

65.     Defendants' acts as alleged herein, constitute infringement of Plaintiff's copyright, including Plaintiff's exclusive rights to reproduce, distribute and/or sell such protected material.

66.     Defendants' knowing and intentional copyright infringement as alleged herein has caused and will continue to cause substantial and irreparable

1   harm to Plaintiff and has and will continue to cause damage to Plaintiff. Plaintiff

2   is therefore entitled to injunctive relief, damages, Defendants' profits, increased

3   damages, and reasonable attorney's fees and costs.

**SEVENTH CAUSE OF ACTION**

**(Common Law Copyright Infringement Against TRI LUU, and Does 1-10,**

**Inclusive) [California Civil Code § 980 et seq., and California Common Law]**

7   67.   Plaintiff hereby incorporates by reference each of the other allegations

8   set forth elsewhere in this Complaint as thought fully set forth in this cause of

9   action.

10   68.   At all times relevant herein, Plaintiff has held and still holds the

11   exclusive rights under California law and common law to reproduce, distribute, or

12   license the reproduction and distribution of the artwork, design, pictures,

13   representation, model and patterns protected by Plaintiff's Common Law

14   Copyrights in any and all formats and mediums, throughout the United States.

15   The artwork, design, pictures, representation, model and pattern of protected by

16   Plaintiff's Common Law Copyrights are original works in tangible form which

17   have been widely disseminated and published.

18   69.   The conduct herein complained of was extreme, outrageous,

19   fraudulent, and was inflicted on Plaintiff in reckless disregard of Plaintiff's

20   rights. Defendants' acts have irreparably harmed and continue to harm Plaintiff's

21   exclusive proprietary rights and constitute common law copyright infringement

22   and unfair competition. Defendants' outrageous conduct supports an award of

23   exemplary and punitive damages in an amount sufficient to punish and make an

24   example of Defendants and to deter them from similar conduct in the future. Each

25   infringing transfer, duplication, sale, rental, distribution, display and other

26   exploitation of the artwork, design, pictures, representation, model and patterns

27   protected by Plaintiff's Common Law Copyrights constitutes a separate claim

28   against Defendants under common law copyright and California Civil Code § 980.

- 16 -
**COMPLAINT FOR DAMAGES**

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff hereby respectfully requests the following relief against Defendant TRI LUU, and Does 1-10, inclusive, and each of them as follows:

1. For an award of no less than $2,000,000.00 in statutory damages for Defendants' willful intentional infringement of Plaintiff's marks under 15 *U.S.C.* § 1117(c)(2).

2. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for trademark infringement under 15 U.S.C. §1114(a);

3. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

4. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for false designation of origin and unfair competition under 15 U.S.C. §1125(a);

5. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

6. In the alternative to actual damages and Defendants' profits for the infringement of Plaintiff's trademark pursuant to the Lanham Act, for statutory damages pursuant to 15 U.S.C. §1117(c), which election Plaintiff will make prior to the rendering of final judgment;

7. In the alternative to actual damages and Defendants' profits pursuant to 17 U.S.C. §504(b), for statutory damages pursuant to 17 USC §504(c), which election Plaintiff will make prior to the rendering of final judgment;

8. For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *Business & Professions Code* §17200;

9. Preliminarily and permanently enjoining Defendants and their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it, and each of them, from:

    a. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit MOPHIE product identified in the Complaint and any other unauthorized MOPHIE product (including any non-genuine reproduction, counterfeit, copy or colorable imitation thereof).

    b. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the infringing and diluting product identified in the Complaint and any other product which infringes or dilutes any MOPHIE Mark, trade name and/or trade dress including, but not limited to, any MOPHIE Mark at issue in this action.

    c. The unauthorized use, in any manner whatsoever, of any MOPHIE trademark, trade name and/or trade dress including, but not limited to, the MOPHIE Marks at issue in this action, any variants, colorable imitations, translations, and/or simulations thereof and/or any items that are confusingly similar thereto, including specifically:

        i. On or in conjunction with any product or service; and

        ii. On or in conjunction with any advertising, promotional

materials, labels, hangtags, packaging, or containers.

d. The use of any trademark, trade name, or trade dress that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that unauthorized product imported, exported, manufactured, reproduced, distributed, assembles, acquired, purchased, offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised and/or promoted by Defendants originates from MOPHIE, or that said merchandise has been sponsored, approved, licensed by, or associated with MOPHIE or is, in some way, connected or affiliated with MOPHIE.

e. Engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that Defendants themselves are connected with, or are in some way sponsored by or affiliated with MOPHIE, purchases product from or otherwise have a business relationship with MOPHIE.

f. Affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods, a false description or representation, including words or symbols, tending to falsely describe or represent such goods as being those of MOPHIE.

g. Hiding, disposing of, destroying, moving, relocating or transferring any and all products, advertising, promotional materials, labels, hangtags, packaging or containers bearing any of the MOPHIE Marks; and/or

h. Disposing of, destroying, moving, relocating or transferring any documents or things, including electronic records, pertaining to the

purchase, procurement, development, making, manufacture, use, display, advertisement, marketing, licensing, sale, offer for sale, distribution, shipping, or delivery of any products or services bearing any MOPHIE Mark or which otherwise refer or relate to MOPHIE or any MOPHIE Mark.

10. Pursuant to 15 U.S.C. § 1116(a), directing Defendants to file with the Court and serve on MOPHIE within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

11. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants' complied with their legal obligations, or as equity requires;

12. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

13. Pursuant to 15 U.S.C. §1118 and 17 U.S.C. §503 requiring that Defendants and all others acting under Defendants' authority, at their cost, be required to deliver up to MOPHIE for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the MOPHIE Marks alone, or in combination with any other word, words, or design;

14. For treble damages suffered by Plaintiff as a result of the willful and intentional infringements engaged in by Defendants, under 15 U.S.C.

1 | §1117(b);

2 | 15. For damages in an amount to be proven at trial for unjust enrichment;

3 | 16. For an award of exemplary or punitive damages in an amount to be

4 | determined by the Court;

5 | 17. For Plaintiff's reasonable attorney's fees;

6 | 18. For all costs of suit;

7 | 19. For such other and further relief as the Court may deem just and

8 | equitable.

9 | **DEMAND FOR JURY TRIAL**

10 | Plaintiff MOPHIE, INC., respectfully demands a trial by jury in this action.

11 |

12 | DATED: March 2, 2012                    JOHNSON & PHAM, LLP

13 |

14 | By:

15 | Christopher D. Johnson, Esq.

16 | Christopher Q. Pham, Esq.
    | Marcus F. Chaney, Esq.
    | Jason R. Vener, Esq.

17 | Ani S. Garibyan, Esq.

18 | *Attorneys for Plaintiff*
    | MOPHIE, INC.

# Exhibit A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,227,723
Registered Apr. 10, 2007

TRADEMARK
PRINCIPAL REGISTER

# MOPHIE

MOPHIE, INC. (VERMONT CORPORATION)
ONE STEELE STREET
BURLINGTON, VT 05401

FOR: ELECTRONIC AND OPTICAL COMMUNI-
CATIONS INSTRUMENTS AND COMPONENTS,
NAMELY, FM TRANSMITTERS, AUDIO SIGNAL
SPLITTERS, FM RECEIVERS, AUDIO SPEAKERS,
WIRELESS TRANSMITTERS AND RECEIVERS,
CARRYING AND PROTECTIVE CASES FOR
AUDIO DEVICES, AUDIO-VISUAL DEVICES, CAL-
CULATORS AND CELLULAR TELEPHONES, POR-

TABLE COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-903,731, FILED 6-8-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# Exhibit B

# United States of America

## United States Patent and Trademark Office

# MOPHIE

Reg. No. 3,949,983

Registered Apr. 26, 2011

Int. Cls.: 9 and 25

TRADEMARK

PRINCIPAL REGISTER

MSTATION CORPORATION (CALIFORNIA CORPORATION)
2850 RED HILL AVE., #128
SANTA ANA, CA 92705

FOR: ELECTRONIC DEVICES, NAMELY, MOBILE CARD READERS, MOBILE POINT-OF SALE TERMINALS, CARRYING AND PROTECTIVE CASES FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS, NAMELY, ARMBANDS, BELT CLIPS, HOLSTERS, HARD CASES, SOFT CASES, AND SILICONE CASES; PERIPHERALS AND ACCESSORIES, NAMELY, BATTERY CHARGERS, USB CABLES AND POWER CONVERTERS FOR USE WITH MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, PORTABLE MEDIA PLAYERS, AND MOBILE COMPUTING DEVICES; PROTECTIVE SCREEN SHIELDS FOR MOBILE ELECTRONIC DEVICES; BATTERY PACKS, NAMELY, BATTERIES WITH INTEGRATED DOCKING FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; BATTERIES AND BATTERY CHARGERS FOR USE AS EXTERNAL POWER SOURCES FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; ELECTRICAL CELLS AND BATTERIES, NAMELY, EXTERNAL POWER SOURCES WITH INTEGRATED HOUSING AND ELECTRICAL CONNECTOR FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS, CELL PHONE BATTERY CHARGERS, NAMELY, EXTERNAL POWER SOURCES WITH INTEGRATED HOUSING AND ELECTRICAL CONNECTOR FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; MOBILE TELEPHONE BATTERIES, NAMELY, EXTERNAL BATTERY PACKS WITH INTEGRATED DOCKING FOR MOBILE TELEPHONES, CARD READERS FOR CREDIT CARDS, DEBIT CARDS, SMART CARDS, RADIO FREQUENCY IDENTIFICATION CARDS, AND CHIP CARDS, BARCODE SCANNERS, SOFTWARE APPLICATIONS FOR MOBILE ELECTRONIC DEVICES AND COMPUTERS, NAMELY, COMPUTER SOFTWARE FOR PROCESSING ELECTRONIC PAYMENTS VIA MOBILE ELECTRONIC DEVICES AND COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-13-2007; IN COMMERCE 9-13-2007.

FOR: CLOTHING ITEMS, NAMELY, JACKETS, SHIRTS, SWEATSHIRTS, JERSEYS, HATS, T-SHIRTS, TANK TOPS, CAPS, HOODED SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE, OR COLOR.



David J. Kappos

Director of the United States Patent and Trademark Office

Reg. No. 3,949,983   OWNER OF U.S. REG. NOS. 3,227,723 AND 3,227,725

SER. NO. 77-980,824, FILED 1-25-2010

SUSAN STIGLITZ, EXAMINING ATTORNEY

Page 2 / RN # 3,949,983

**Exhibit C**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,681,444
Registered Sep. 8, 2009

## TRADEMARK
## PRINCIPAL REGISTER



MSTATION AUDIO, INC. (CALIFORNIA COR-
PORATION)
#123
9040 TELSTAR AVENUE
EL MONTE, CA 91731

FOR: AUDIO SPEAKERS; LOUD SPEAKERS;
LOUD SPEAKERS AND STEREO SYSTEMS COM-
PRISED OF SPEAKERS, SPEAKERS USED ON
DOCKING STATIONS FOR PORTABLE AUDIO
DEVICES, NAMELY, MP3 PLAYERS, AND DOCK-
ING STATIONS FOR USE WITH AUDIO SPEAKERS;
ELECTRONIC AND OPTICAL COMMUNICATIONS
INSTRUMENTS AND COMPONENTS, NAMELY,
AUDIO SPEAKERS, CARRYING AND PROTEC-
TIVE CASES FOR AUDIO DEVICES, BATTERY
PACKS, NAMELY, BATTERIES WITH INTEGRA-
TED DOCKING FOR MOBILE ELECTRONIC DE-
VICES; BATTERIES AND BATTERY CHARGERS
FOR USE AS EXTERNAL POWER SOURCES WITH
MOBILE CONSUMER ELECTRONIC PRODUCTS;

ELECTRICAL CELLS AND BATTERIES, NAMELY,
EXTERNAL POWER SOURCES WITH INTEGRA-
TED HOUSING AND ELECTRICAL CONNECTOR;
CELL PHONE BATTERY CHARGERS, NAMELY,
EXTERNAL POWER SOURCES WITH INTEGRA-
TED HOUSING AND ELECTRICAL CONNECTOR
FOR MOBILE PHONES; AND MOBILE TELEPHONE
BATTERIES, NAMELY, EXTERNAL BATTERY
PACKS WITH INTEGRATED DOCKING FOR MO-
BILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 11-30-2007; IN COMMERCE 11-30-2007.

THE MARK CONSISTS OF THE LETTER "M."

SN 77-977,641, FILED 12-10-2007.

WILLIAM ROSSMAN, EXAMINING ATTORNEY

# Exhibit D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,681,443
Registered Sep. 8, 2009

## TRADEMARK
## PRINCIPAL REGISTER



MSTATION AUDIO, INC. (CALIFORNIA COR-
PORATION)
#123
9040 TELSTAR AVENUE
EL MONTE, CA 91731

FOR AUDIO SPEAKERS; LOUD SPEAKERS;
LOUD SPEAKERS AND STEREO SYSTEMS COM-
PRISED OF SPEAKERS, SPEAKERS USED ON
DOCKING STATIONS FOR PORTABLE AUDIO
DEVICES, NAMELY, MP3 PLAYERS, AND DOCK-
ING STATIONS FOR USE WITH AUDIO SPEAKERS;
ELECTRONIC AND OPTICAL COMMUNICATIONS
INSTRUMENTS AND COMPONENTS, NAMELY,
AUDIO SPEAKERS, CARRYING AND PROTEC-
TIVE CASES FOR AUDIO DEVICES, BATTERY
PACKS, NAMELY, BATTERIES WITH INTEGRA-
TED DOCKING FOR MOBILE ELECTRONIC DE-
VICES; BATTERIES AND BATTERY CHARGERS
FOR USE AS EXTERNAL POWER SOURCES WITH
MOBILE CONSUMER ELECTRONIC PRODUCTS,

ELECTRICAL CELLS AND BATTERIES, NAMELY,
EXTERNAL POWER SOURCES WITH INTEGRA-
TED HOUSING AND ELECTRICAL CONNECTOR,
CELL PHONE BATTERY CHARGERS, NAMELY,
EXTERNAL POWER SOURCES WITH INTEGRA-
TED HOUSING AND ELECTRICAL CONNECTOR
FOR MOBILE PHONES, AND MOBILE TELEPHONE
BATTERIES, NAMELY, EXTERNAL BATTERY
PACKS WITH INTEGRATED DOCKING FOR MO-
BILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 11-30-2007; IN COMMERCE 11-30-2007.

THE MARK CONSISTS OF THE LETTER "M" IN
A CIRCLE.

SN 77-977,640, FILED 12-10-2007.

WILLIAM ROSSMAN, EXAMINING ATTORNEY

# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-780-916

Effective date of registration:

March 30, 2011

## Title

Title of Work: Mophie Juice Pack Plus for iPhone 4 Package and Insert

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: November 23, 2010    Nation of 1st Publication: United States

## Author

Author: Mophie, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Mophie, Inc.

2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States

## Limitation of copyright claim

Material excluded from this claim: some preexisting artwork, some preexisting text

New material included in claim: some additional new text, photographs, some additional new artwork

## Rights and Permissions

Organization Name: Mophie, Inc.

Name: Kathleen Walker

Email: kathleen@mophie.com    Telephone: 949-385-5151

Address: 2850 Red Hill Ave. Suite 128

Santa Ana, CA 92705 United States

## Certification

Registration #:   VA0001780916
Service Request #:   1-588284100



Mophie, Inc.
Kathleen Walker
2850 Red Hill Ave. Suite 128
Santa Ana, CA 92705  United States

# Exhibit F



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = mophie
Search Results: Displaying 3 of 11 entries



*Mophie JPA iPhone 4 Package and Insert.*

Type of Work: Visual Material

Registration Number / Date: VA0001758285 / 2010-12-13

Application Title: Mophie JPA iPhone 4 Package and Insert.

Title: Mophie JPA iPhone 4 Package and Insert.

Description: Container (7x4x1 in.)

Copyright Claimant: Mophie, Inc. Address: 2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States.

Date of Creation: 2010

Date of Publication: 2010-09-07

Nation of First Publication: United States

Authorship on Application: Mophie, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s), 2-D artwork.

Rights and Permissions: Kathleen Walker, Mophie, Inc., 2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States, (949) 385-5151, kathleen@mophie.com

Names: Mophie, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit G

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #4BA95125T42394641J)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Dec 19, 2011 | Payment To Tri luu | Completed | | -$61.98 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Dec 19, 2011 | Add Funds from a Bank Account | Completed | Details | $61.98 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY Item # 260596302469 | | $56.99 USD |
| | | Amount | $56.99 USD |

| | |
|---|---|
| Item Total: | $56.99 USD |
| Sales Tax: | |
| Shipping: | $4.99 USD |
| Seller discount or charges: | $0.00 USD |
| Total amount: | $61.98 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$61.98 USD |
| Date: | Dec 19, 2011 |
| Time: | 18:46:07 PST |
| Status: | Completed |
| Insurance: | $0.00 USD |
| Shipping Address: | Annie Ganb 23679 Calabasas Rd Apt 758 Calabasas  CA 91302-1502 United States Confirmed |
| Payment To: | Tri luu   (The recipient of this payment is Verified) |
| Seller's ID: | khaitin1984 |
| Seller's Email: | fafoiphone@gmail.com |
| Funding Type: | Instant Transfer |
| Funding Source: | $61.98 USD - Chase Checking (Confirmed) x-2785 |
| Back Up Funding Source: | Visa Card XXXX-XXXX-XXXX-9066 |
| Tracking Number: | 9101128882300069384516 |
| Carrier: | USPS |
| Order Status: | Shipped (Dec 19, 2011) |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

| Description: | Shopping Cart |

[ Return to My Account ]

# Exhibit H



Hi, wealthdistributors! (Sign out)

My eBay    Sell    Community    Customer Support    Cart

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

All Categories

Search    Advanced

eBay Buyer Protection

Home > Community > Feedback forum > Feedback profile

## Feedback profile



**khaitri1984 ( 289 ☆ )**

Positive Feedback (last 12 months): 98.9%
[How is Feedback percentage calculated?]
Member since: Jan-29-08 in United States

**Member quick links**
Contact member
View items for sale
View ID history
Add to favorite sellers
View eBay My World
View reviews & guides

**eBay Buyer Protection**
Covers your purchase price + original shipping
Learn more

### Recent Feedback ratings  (last 12 months)

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 44 | 185 | 273 |
| Neutral | 1 | 2 | 2 |
| Negative | 2 | 3 | 3 |

### Detailed seller ratings  (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described |  | 87 |
| Communication |  | 88 |
| Shipping time |  | 86 |
| Shipping and handling charges |  | 85 |

| Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others |

**101 Feedback received**

Revised Feedback: 0

Period: All

| Feedback | From Buyer/price | Date/time |
|---|---|---|
| Fast shipping!! Honest Ebayer - great to work with! Thank You!!!!!!!!!!!!!!!!!! <br> MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | ezrrdr ( 317 ☆ ) <br> US $52.99 | Feb-27-12 11:52 <br> View Item |
| not work the conector is gon <br> IPHONE 3G-3GS GLASS/DIGITIZER, GOOD QUALITY (#250976388825) | noroc2009 ( 8 ) <br> US $9.95 | Feb-25-12 19:07 <br> View Item |
| Thank you... <br> MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | justjmj ( 764 ☆ ) <br> US $52.99 | Feb-25-12 08:59 <br> View Item |
| Thanks! <br> IPHONE 3G-3GS GLASS/DIGITIZER, GOOD QUALITY (#250976388825) | wolfpaq91 ( 184 ☆ ) <br> US $9.95 | Feb-24-12 19:49 <br> View Item |
| GREAT DEAL ON A QUALITY PRODUCT FAST SHIPPING THANK YOU! <br> MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | steelcurtanpart2 ( 469 ☆ ) | Feb-23-12 13:31 <br> View Item |
| Good product and seller <br> MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | shawn8563 ( 6 ) <br> US $52.99 | Feb-23-12 09:03 <br> View Item |
| Do not buy from, not a man of his word-- Sent wrong item. <br> MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4 1500-Amh RECHARGEBLE EXTERNAL BATTERY (#250985208964) | dealhobbies ( 414 ☆ ) <br> US $44.99 | Feb-22-12 17:43 <br> View Item |

| | | | |
|---|---|---|---|
| 😊 | AAAAAAAAAAAAAAAAAAAAAAA+++++++++++++++++++++++++++++++ | pj84300cd ( 39 ☆ ) | Feb-19-12 18:17 |
| | SAMSUNG Galaxy S Vibrant T959 LCD Display Screen + Touch Digitizer Lens Assembly (#250978290825) | US $104.99 | View Item |
| 😊 | Great seller. Highly recommended. | supercangri ( 129 ☆ ) | Feb-19-12 14:13 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $52.99 | View Item |
| 😊 | Excellent seller, fast shipping, and great communication. Thanks!! | j9famside321 ( 23 ☆ ) | Feb-18-12 10:41 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 😊 | Love it.Hope will make deal with you again. | chayamushkantez ( 37 ☆ ) | Feb-18-12 02:43 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| 😊 | Product as described. | balloonatic5 ( 114 ☆ ) | Feb-17-12 11:04 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| 😞 | Rcvd counterfeit as per mophie cust sppt Impossible to understand seller english | djdawn ( 188 ☆ ) | Feb-16-12 21:28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| 😊 | Super fast thank you | lancermanny ( 215 ☆ ) | Feb-16-12 13:39 |
| | IPHONE 3G-3GS GLASS/DIGITIZER, GOOD QUALITY (#250976388825) | US $8.95 | View Item |
| 😊 | Super fast thank you | lancermanny ( 215 ☆ ) | Feb-16-12 13:39 |
| | 3GS screen replacement LCD. Brand New. Never Used from CA-USA (#250976395140) | US $17.05 | View Item |
| 😊 | Great! Thank you! | lotthesonshinein ( 161 ☆ ) | Feb-16-12 08:13 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $52.99 | View Item |
| 😊 | love it thanks | shokopapi ( 183 ☆ ) | Feb-15-12 13:35 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $52.99 | View Item |
| 😊 | LOVE IT thanks | shokopapi ( 183 ☆ ) | Feb-15-12 13:35 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250956009156) | US $51.99 | View Item |
| 😊 | Great Seller!! Fast Shipping, Came Rite On Time!!! | shrinath3 ( 24 ☆ ) | Feb-15-12 05:54 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 😞 | Did not send the color. I requested TWICE! | nabson ( 192 ☆ ) | Feb-14-12 07:11 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 😊 | Excellent item, fast shipping. Im happy no more dead phone ;-) | erveso ( 238 ☆ ) | Feb-12-12 08:33 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| 😊 | Great product | 666nder ( 125 ☆ ) | Feb-11-12 22:43 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $53.99 | View Item |
| 😊 | Fast shipment and smooth transactons | advanced2039 ( 39 ☆ ) | Feb-11-12 08:57 |
| | SAMSUNG Galaxy S Vibrant T959 LCD Display Screen + Touch Digitizer Lens Assembly (#250978290825) | | View Item |
| 😊 | Greatj | starck18 ( 128 ☆ ) | Feb-10-12 17:00 |

| | | | |
|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ☺ | Very fast shipping, great deal! | lakshmi_om ( 89 ⭐ ) | Feb-10-12 12:04 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | great price | adnan888 ( 3 ) | Feb-08-12 19:28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Item as described, fast shipping. | psully2244 ( 59 ⭐ ) | Feb-08-12 19:05 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ☺ | Thanks! | leonfu ( 119 ⭐ ) | Feb-07-12 18:47 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.95 | View Item |
| ☺ | Great seller! | llabrie68 ( 13 ⭐ ) | Feb-06-12 22:57 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | What a great experience! Thanks so much for making this an excellent buy! | kaiajj ( 116 ⭐ ) | Feb-05-12 13:27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Great product great seller | adelitas ( 66 ⭐ ) | Feb-04-12 17:34 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Extremely quick shipping. Charging it now looks good | smokefire1 ( 60 ⭐ ) | Feb-04-12 17:12 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.95 | View Item |
| ☺ | Great transaction quick delivery | steven1961 ( 79 ⭐ ) | Feb-04-12 15:14 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Arrived much sooner than expected great seller a++++++ highly recommended | jargonipencil ( 31 ⭐ ) | Feb-04-12 10:55 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ☺ | Ok | homolentus ( 52 ⭐ ) | Feb-04-12 09:22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ☺ | Quick shipping. Great product | pineda1972 ( 118 ⭐ ) | Feb-04-12 05:33 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951278027) | US $69.99 | View Item |
| ☺ | fast shipping Good seller Thank | jsanchezdog ( 90 ⭐ ) | Jan-31-12 14:35 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500 Amh RECHARGEBLE EXTERNAL BATTERY (#250961042744) | US $45.99 | View Item |
| ☺ | aaaaaaaaa++++++ | dburton1 ( 459 ⭐ ) | Jan-31-12 04:50 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Great to do business with, highly recommend A+ | jrader71 ( 39 ⭐ ) | Jan-30-12 21:12 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| ☺ | Fast shipping. Well packaged A+. Thanks. Great seller. | gsgalusha ( 27 ⭐ ) | Jan-30-12 20:34 |

| | | | |
|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | good doing business with. | getconnected2012 ( 159 ☆ ) | Jan-30-12 20:14 |
| | IPHONE 3G-3GS GLASS-DIGITIZER  GOOD QUALITY (#250976388825) | US $9.99 | View Item |
| 🙂 | Exactly want I wanted. Very good price and very quick delivery. Would buy again | mavi1527 ( 18 ☆ ) | Jan-30-12 13:59 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $52.99 | View Item |
| 🙂 | Quick Shipping A+++ seller. Thank You! | frida2432 ( 225 ☆ ) | Jan-30-12 13:02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | Product was received timely and as advertised. | rhoney1966 ( 9 ) | Jan-30-12 08:35 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250961292120) | US $55.99 | View Item |
| 🙂 | Very bad Chinese imitation, if you buy one compare it to any new one at AT&T or | strokeofluck2010 ( 19 ☆ ) | Jan-27-12 06:31 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | A+ thanks | mwe2241 ( 27 ☆ ) | Jan-26-12 12:55 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | arrived just as described | johnatkins ( 463 ☆ ) | Jan-26-12 10:21 |
| | SAMSUNG Galaxy S Vibrant T959 LCD Display Screen + Touch Digitizer Lens Assembly (#250964043901) | US $199.99 | View Item |
| 🙂 | AAA+. Outstanding, prices, products, and customer service. | doct0rxi1 ( 977 ☆ ) | Jan-24-12 22:44 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | Great buy | joseninaquispe ( 53 ★ ) | Jan-24-12 17:39 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250964104547) | US $53.85 | View Item |
| 🙂 | Great Product, Fast shipping | mattzabel ( 344 ☆ ) | Jan-23-12 08:03 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250973555140) | US $53.99 | View Item |
| 🙂 | Everything went well, would highly recommend! | apple2apple2011 ( 292 ☆ ) | Jan-19-12 17:34 |
| | LUXURY ALUMINUM CASE  PUMPER FOR IPHONE 4 & IPHONE 4S (#250969422739) | US $17.99 | View Item |
| 🙂 | Product as advertised. Fast delivery. | patman2310 ( 214 ☆ ) | Jan-19-12 12:28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | As described, good eBay seller! | macbebe821 ( 142 ☆ ) | Jan-18-12 06:57 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | Nice i lovet thanks" | elbamana2011 ( 28 ☆ ) | Jan-18-12 02:41 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619154) | US $54.99 | View Item |
| 🙂 | Good seller | ymmits ( 188 ☆ ) | Jan-16-12 21:45 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| 🙂 | Excellent Seller, Super Fast Shipping, Item Exactly as Described | dzavadil1 ( 2024 ★ ) | Jan-16-12 08:39 |
| | SAMSUNG Galaxy S Vibrant T959 LCD Display Screen + Touch Digitizer Lens Assembly (#250966104040) | US $199.99 | View Item |

| | | | |
|---|---|---|---|
| ✎ | Good communication! Will definately buy from this seller again! Great Product | mnskoons ( 22 ☆ ) | Jan-15-12 15:57 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ✎ | Quick delivery, just what advertised. Thanks | hendersonfun ( 14 ☆ ) | Jan-15-12 10:38 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#2509576.....) | US $61.99 | View Item |
| ✎ | Seller listed New 16GB iPhone 4, but shipped used/damaged 32 GB. Refunded. | ravialcor ( 3 ) | Jan-13-12 08:12 |
| | IPHONE 4 16GB-BLACK-VERSION 4.3.3. ATT CARRIER. VERY GOOD CONDITION. (#250943125621) | US $.........  | View Item |
| ✎ | Great efficiency... | lindaminguez ( 6 ) | Jan-12-12 22:34 |
| | LUXURY ALUMINUM CASE. PUMPER FOR IPHONE 4 & IPHONE 4S (#250960422735) | US $17.99 | View Item |
| ✎ | Item as described fast shipping.thanks | gary61gary61p ( 534 ☆ ) | Jan-12-12 17:49 |
| | SAMSUNG Galaxy S Vibrant T959 LCD Display Screen + Touch Digitizer Lens Assembly (#250955274283) | US $91.99 | View Item |
| ✎ | Great seller, item as described, Fast shipping. | garciaf113 ( 301 ☆ ) | Jan-12-12 15:28 |
| | IPHONE 4 LCD/DIGITIZER TOUCH SCREEN FULL ASSEMBLY. THE BEST QUALITY (#250951706191) | US $........ | View Item |
| ✎ | awesome seller A++++++ | socomgeo ( 41 ☆ ) | Jan-12-12 09:00 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ✎ | Perfect thanks | alanh573 ( 338 ☆ ) | Jan-12-12 03:24 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951278027) | US $59.99 | View Item |
| ✎ | Awesome look for a case. Super Seller - great deal- fast shipping .thank you | lsys01 ( 617 ☆ ) | Jan-12-12 00:03 |
| | LUXURY ALUMINUM CASE. PUMPER FOR IPHONE 4 & IPHONE 4S (#250960422735) | US $17.99 | View Item |
| ✎ | Super fast delivery. Love it. Thanks | eswift25 ( 172 ☆ ) | Jan-11-12 18:16 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957618927) | US $........ | View Item |
| ✎ | thank you for the item it was brand new and fast shipping A++++++ | tjwho5986 ( 15 ☆ ) | Jan-09-12 00:05 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ✎ | Thanks, great seller | gixxer2t ( 80 ★ ) | Jan-07-12 16:04 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957618154) | US $59.99 | View Item |
| ✎ | partial refund by agreement | anton6209 ( 154 ☆ ) | Jan-07-12 12:07 |
| | IPHONE 4 16GB-BLACK-VERSION 4.3.3. ATT CARRIER. VERY GOOD CONDITION. (#250935608199) | US $461.20 | View Item |
| ✎ | Quick shipping! | nonnie5b ( 50 ★ ) | Jan-06-12 14:47 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ✎ | Thanks | rafaelm1060 ( 85 ★ ) | Jan-06-12 06:52 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $54.99 | View Item |
| ✎ | Great service. | bbf70 ( 61 ★ ) | Jan-05-12 22:10 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379) | US $59.... | View Item |
| ✎ | Awesome seller. Will use again. | ramsx4 ( 24 ☆ ) | Jan-05-12 14:45 |

MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379)
US $54.99
View Item

⟳ good ebayer!
shumyur ( 48 ☆ )
Jan-04-12 07:36

MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000 Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379)
US $54.99
View Item

⟳ Item as described thank you AAA+++
dcj1967 ( 466 ☆ )
Jan-03-12 17:01

MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379)
US $54.99
View Item

⟳ Very easy to deal with and fast shipping. Thank you. Products were perfect!!
christineostroski ( 95 ★ )
Jan-01-12 23:06

MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957619379)
US $54.99
View Item

⟳ Fast shipping, great product. Thanks!
onlythebest03 ( 437 ☆ )
Jan-01-12 21:17

IPHONE 4 LCD/DIGIZER TOUCH SCREEN FULL ASSEMBLY- THE BEST QUALITY (#250951270828)
US $31.89
View Item

⟳ A+++ thank you great seller highly recommend
roninraziel ( 16 ☆ )
Dec-28-11 16:39

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250957565417)
US $30.99
View Item

⟳ Nice doing business and the item descriptions are accurate. Fast response!
urman408 ( 7 )
Dec-28-11 15:28

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951965864)
US $55.99
View Item

⟳ Excellent! Highly recommend this seller.
cmose77 ( 361 ☆ )
Dec-28-11 06:31

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951202100)
US $56.90
View Item

⟳ Great Transaction!!!
123456tech ( 344 ☆ )
Dec-27-11 23:51

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951202100)
US $55.99
View Item

⟳ Great!!! Thanks!
gary12251225 ( 40 ☆ )
Dec-27-11 22:16

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250959577681)
US $59.99
View Item

⟳ It works fine and is exactly as described
beringer111 ( 28 ☆ )
Dec-26-11 10:53

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951202100)
US $55.99
View Item

⟳ thank you
lamont713 ( 18 ☆ )
Dec-26-11 05:23

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250954459938)
US $55.99
View Item

⟳ Great seller, fast shipping, item as described, thank you
garciaf113 ( 301 ☆ )
Dec-26-11 02:37

IPHONE 4 LCD/DIGIZER TOUCH SCREEN FULL ASSEMBLY- THE BEST QUALITY (#250951270828)
US $31.89
View Item

⟳ Great seller thanks!! Fast shipping! A++ ebayer
puddizzle ( 19 ☆ )
Dec-24-11 19:17

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250956008127)
US $53.99
View Item

⟳ Item is as described! Thanks Khaitri1984, your a bit pushy But I'd do biz again
slipmat1200 ( 168 ☆ )
Dec-19-11 22:33

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951565816)
US $55.79
View Item

⟳ Once again... EXCELLENT, Awesome seller...
sonk_monk ( 171 ☆ )
Dec-19-11 15:35

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250951202100)
US $56.99
View Item

⟳ quick ship,awsome ,thanks
tinman594 ( 200 ☆ )
Dec-17-11 05:41

eBay Feedback Profile for khanim984

| | | | |
|---|---|---|---|
| ☺ | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250952500207) | US $54.99 | View Item |
| ☺ | Excellent Product and Seller... Thanks! | sonk_monk ( 171 ☆ ) | Dec-15-11 15:03 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250952150388) | US $49.79 | View Item |
| ☺ | Great seller, fast shipping A++ | jman790 ( 17 ☆ ) | Dec-14-11 11:59 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250947606095) | US $65.00 | View Item |
| ☺ | Thank you. Good to all | ngocvy10 ( 106 ☆ ) | Dec-13-11 09:13 |
| | IPHONE 4 LCD DIGIZER TOUCH SCREEN FULL ASSEMBLY- THE BEST QUALITY (#250945878616) | US $29.99 | View Item |
| ☺ | Good price...quick ship. Great seller!!! | prkrs16v ( 150 ☆ ) | Dec-13-11 06:32 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250950286588) | US $58.95 | View Item |
| ☺ | Fast shipping, description of item extremely accurate. smooth transaction. | bbonnet25 ( 25 ☆ ) | Dec-09-11 07:59 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250948297976) | US $58.99 | View Item |
| ☺ | Very quick communication, items as described, fast & reasonable shipping A++++++ | rmagnu ( 51 ★ ) | Dec-08-11 21:37 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL | US $57.00 | View Item |
| ☺ | Great seller!! Super fast shipping!! A++++ | tscatigno2011 ( 12 ☆ ) | Dec-08-11 20:15 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250945489502) | US $51.80 | View Item |
| ☺ | Great transaction! Thank you! | larrysjones ( 58 ★ ) | Dec-08-11 09:26 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250940770048) | US $62.95 | View Item |
| ☺ | Great seller! A+++! | mwg_enterprises ( 13 ☆ ) | Dec-05-11 17:14 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250941111098) | US $50.99 | View Item |
| ☺ | WOW really fast shipping, many thanks! | dfhutchens ( 102 ☆ ) | Dec-05-11 12:04 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250942728720) | US $63.95 | View Item |
| ☺ | Ty! | kkaylee14 ( 16 ☆ ) | Nov-27-11 21:11 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY (#250825632630) | US $63.99 | |
| ☺ | Received item in good condition and in a timely manner. Good seller. | 9flattires ( 169 ☆ ) | Feb-15-09 07:04 |
| | Mechanics of materials: Beer, Johnston, 5th edition (#250361357882) | US $152.50 | |

Page 1 of 1                                    1

Items per page: 25 : 50 : 100 : 200

**What would you like to do next?**

Leave Feedback
Reply to Feedback received
Follow up to Feedback left

**Feedback Forum** | Discussion Boards | Groups | Answer Center | Chat Rooms | **Community Values**

About eBay | Security Center | Buyer Tools | Policies | Stores | eBay Wish list | Site Map | eBay official time | Preview new features | Tell us what you think

Copyright © 1995, 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this web site constitutes acceptance of the eBay
User Agreement and Privacy Policy

# Exhibit I



# JOHNSON & PHAM, LLP

January 23, 2012

***Via E-Mail (faifoiphone@gmail.com)***
Tri Luu
6531 Westminster Blvd. Ste. 2
Westminster, CA 92683

> *Re:* ***Mophie, Inc. v. Tri Luu, et al.***
> *Our File No.: 11-ME-1090*

Dear Tri Luu:

This law firm has been retained by Mophie, Inc., including its subsidiaries and related entities (hereinafter "Mophie"), to prosecute your violation of the intellectual property rights Mophie holds in its MOPHIE® - branded line of products.

Mophie is the exclusive rights holder for all of the MOPHIE® related Trademarks registered with the United States Trademark and Patent Office, including, but not limited to: MOPHIE®, Reg. No.: 3,227,723; [Design Mark], Reg. No.: 3,681,444; [Design Mark], Reg. No.: 3,681,443; and MOPHIE®, Reg. No.: 3,949,983. Mophie also holds several United States Copyright Registrations relating to its MOPHIE® - branded products, including the Copyright Registrations with the following registration numbers: VA0001780916 (registered March 30, 2011), and VA0001758285 (registered December 13, 2010).

As you may already know, or will soon learn, this law firm zealously enforces its clients' rights against those who infringe upon, copy, counterfeit, or pirate their products and services. During the course of this law firm's investigation into violations of Mophie's intellectual property rights, we have confirmed your illegal dealings in counterfeit MOPHIE® products which infringe the intellectual property rights of Mophie. On December 19, 2011, our investigator purchased a counterfeit Mophie Juice Pack Air from you through your eBay.com listing, posted under the name "khaitri1984" for the price of $61.98. This purchased product was verified by our client to be a counterfeit item. DO NOT IGNORE THIS LETTER. Enclosed, please find a draft COMPLAINT to be filed in the United States District Court, Central District of California, located in Los Angeles, California, should you fail to comply with the demands set forth herein. This COMPLAINT, if filed, will seek substantial monetary compensation from you based upon your violation of the following statutes, and the common law:

(1) **FEDERAL TRADEMARK INFRINGEMENT [15 *U.S.C.* § 1114/*Lanham Act* §43(a)]**
(2) **FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION/FALSE OR MISLEADING ADVERTISING [15 *U.S.C.* §1125(a)];**
(3) **TRADEMARK DILUTION [15 *U.S.C.* §1125(c)];**
(4) **UNFAIR BUSINESS PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS CODE* §17200];**
(5) **UNJUST ENRICHMENT;**
(6) **FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. §501(a)];**
(7) **COMMON LAW COPYRIGHT INFRINGEMENT [CALIFORNIA CIVIL CODE § 980 ET SEQ., AND CALIFORNIA COMMON LAW]; and**
(8) **DECLARATORY RELIEF.**

Tri Luu
Re: *Mophie, Inc. v. Tri Luu, et al.*
January 23, 2012
Page 2

This law firm is highly successful in obtaining judgments against infringers similarly situated to you. In addition to Mophie, we have represented Speculative Product Design, LLC (Speck®), Monster Cable Products, Inc. (Monster Cable®), Zumba Fitness, LLC (Zumba®), Deckers Outdoor Corporation (UGG®), Forever 21, Inc. (Forever 21®), Beachbody, LLC (P90X®/INSANITY®), Guru Denim, Inc. (True Religion Brand Jeans®), Your Baby Can, LLC (Your Baby Can Read!®), CJ Products, LLC (My Pillow Pets®), Tre Milano, LLC (InStyler®), Antik Denim, LLC (Antik Denim®), and SIWY Denim, Inc. (SIWY®). On behalf of these clients, we have filed in excess of 160 lawsuits seeking damages from those who have infringed upon these companies intellectual property rights through the trafficking of counterfeit products. Courts have routinely granted our clients substantial judgment awards, including more than thirteen (13) final judgments exceeding One Hundred Thousand Dollars ($100,000.00), including six (6) judgments exceeding Two Million Dollars ($2,000,000.00). A news article describing the circumstances of one of these judgments is enclosed herewith.

With respect to Mophie, this law firm has filed a total of 10 lawsuits, to date, in the United States District Court, Central District of California. For your review, a printed list of these lawsuits has been enclosed with this letter. Mophie has authorized this law firm to negotiate a settlement of its claims against you. However, if such settlement negotiations fail, we have been authorized to proceed with the lawsuit, and seek all remedies to which Mophie is entitled. In order to resolve this matter without proceeding with litigation, Mophie demands the following:

1) You must provide a full and complete statement of your actions regarding any products or services that utilize or include any of Mophie's intellectual property. In addition to the below, this statement must provide all information regarding your copying, manufacturing, importing, marketing, sale and/or other distribution of any product or service that utilized or included any intellectual property owned by Mophie.

2) You must provide a full and complete accounting of how you acquired the counterfeit and infringing Mophie products, and any other counterfeit merchandise utilizing the intellectual property of Mophie. This accounting must set forth the number of Mophie products you acquired; the name, address, and contact information of the person or entity from which you acquired the illegal goods; and the price you paid. You must present detailed documents and records that verify your representations and the documents may not be altered or redacted in any way.

3) You must provide a full and complete accounting of your prior disposition of any and all of the counterfeit and infringing Mophie products, and any other merchandise utilizing the intellectual property of Mophie. This accounting must set forth the number of Mophie products you sold; the name, address, and contact information of the person or entity to which you distributed the illegal goods; and the amount and manner in which you were paid. You must present detailed documents and records that verify these representations and the documents may not be altered or redacted in any way.

Tri Luu
Re: *Mophie, Inc. v. Tri Luu, et al.*
January 23, 2012
Page 3

4) You must agree, in a format and manner that we determine, to warrant and represent that you will not, at any point in the future, engage in any transactions with merchandise that bears or purports to bear, or includes or purports to include, any of the intellectual property or marks owned by Mophie.

5) You must transport to this firm all counterfeit and/or unauthorized Mophie products that you possess, and to the extent you possess any digital copies of same, represent and warrant that such copies have been sufficiently and permanently destroyed.

6) You must pay, by certified check made payable to Mophie an amount no less than Twenty Thousand Dollars ($20,000.00) to compensate the company for its costs (investigative and legal), as well as the damages sustained by the company as a result of your willful infringement of its intellectual property rights.

This Demand and Offer of Settlement and Compromise will expire ten (10) days from the date of this letter. You are strongly urged to consult an attorney to determine your legal obligations and provide guidance. In the event a lawsuit is filed against you, and you fail to respond as required by the *Federal Rules of Civil Procedure*, we will seek a default judgment against you based upon your infringing conduct. Then, having obtained a default judgment, we will be entitled to and will vigorously pursue, by all available means of enforcement, compensation from you far exceeding that which is demanded herein. This will include the placement of a lien on your personal and real property, the garnishment of your wages or personal income, attachments to your bank accounts and seizure of your assets.

The settlement demand listed above is based on our current evaluation of the case. Please be advised that, with each passing hour, the investigative and legal fees associated with this case increase. Thus, the amount of damages sought in the impending lawsuit will increase as well. Accordingly, please consult legal counsel as soon as possible, provide them with a copy of this correspondence and the accompanying COMPLAINT, and ask that they contact this firm without delay.

Nothing contained in or omitted from this letter shall be deemed a waiver of any of Mophie's rights or remedies with respect to this matter. Mophie expressly reserves all of its rights and remedies. This letter is not intended as a complete recitation of the facts or issues. It is intended for settlement purposes only and is not admissible to any legal proceeding pursuant to Rule 408 of the *Federal Rules of Evidence* and *California Evidence Code* § 1152.

Yours truly,

**JOHNSON & PHAM, LLP**

Jason R. Vener, Esq.
Attorneys for Mophie, Inc.

Enclosures

# U.S. Party/Case Index



PACER
Case Locator

Civil Party Search
Mon Sep 12 14:46:58 2011
10 records found

User: jo1764    ( Filter Results )   ( Download )   ( New Search )

Client:

Search: Civil Party Search Name Mophie Inc California Central Page: 1 NOS: 840

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Mophie Inc (pla) | cacdce | 2:2011-cv-07285 | 840 | 09/02/2011 | |
| Mophie Inc v. Haroon et al | | | | | |
| 2 Mophie Inc (pla) | cacdce | 2:2011-cv-07292 | 840 | 09/02/2011 | |
| Mophie Inc v. Rohan Reid et al | | | | | |
| 3 Mophie Inc (pla) | cacdce | 2:2011-cv-07297 | 840 | 09/02/2011 | |
| Mophie Inc v. Jennifer Mitchell et al | | | | | |
| 4 Mophie Inc (pla) | cacdce | 2:2011-cv-07289 | 840 | 09/02/2011 | |
| Mophie Inc v. Carl Tanner et al | | | | | |
| 5 Mophie Inc (pla) | cacdce | 2:2011-cv-07328 | 840 | 09/06/2011 | |
| Mophie Inc v. Ronald Reeves et al | | | | | |
| 6 Mophie Inc (pla) | cacdce | 2:2011-cv-07323 | 840 | 09/06/2011 | |
| Mophie Inc v. Wan J Ma et al | | | | | |
| 7 Mophie Inc (pla) | cacdce | 2:2011-cv-07327 | 840 | 09/06/2011 | |
| Mophie Inc v. Amber Ade et al | | | | | |
| 8 Mophie Inc (pla) | cacdce | 2:2011-cv-07329 | 840 | 09/06/2011 | |
| Mophie Inc v. Sidrah Qadeer | | | | | |
| 9 Mophie Inc (pla) ' | cacdce | 2:2011-cv-07331 | 840 | 09/06/2011 | |
| Mophie Inc v. Chad Nordby et al | | | | | |
| 10 Mophie Inc (pla) | cacdce | 8:2011-cv-01339 | 840 | 09/02/2011 | |
| Mophie Inc v. Byungho Kwak et al | | | | | |

| PACER Service Center | Receipt 09/12/2011 14:47:04 |
|---|---|
| User jo1764 | |
| Client | |
| Description Civil Party Search | |
| Name Mophie Inc California Central Page: 1 NOS: 840 | |
| You have previously been billed for this page. | |
| Pages 1 ($0.00) | |

For information or comments, please contact: PACER Service Center

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times   BUSINESS

## Money & Company

TRADING THE MARKET AND ECONOMIC TRENDS
THAT SHAPE YOUR FINANCES

Real Estate  |  Autos  |  Consumer  |  Economy

‹ Previous  |  Money & Company Home  |  Next ›

## New York man ordered to pay $2.1 million for selling pirated P90X videos

November 17, 2010 | 11:58 am

The Santa Monica company that markets the popular fitness video program P90X has won a $2.1-million judgment against a New York man it said was selling pirated copies of its DVDs on the Internet.

U.S. District Judge John F. Walter in Los Angeles ordered Wayne Batchelor of Uniondale, N.Y., to pay the damages to **Product Partners**, which distributes the fitness videos through its Beachbody brand. He also ordered Batchelor to "deliver immediately for destruction" all counterfeit P90X materials in his possession.



In its lawsuit, Product Partners said its P90X brand had gained a devoted following because of a massive television marketing campaign. The company said it spent "close to $100 million" in 2009 to promote the P90X brand in TV infomercials.

In recent years, the company has been victimized by "unscrupulous individuals and entities who wish to take a free ride" on its "goodwill, reputation and fame" by selling pirated copies of its fitness DVDs, it said in the lawsuit, filed in federal court in Los Angeles.

The P90X fitness program, developed by Tony Horton, is available on Beachbody's website for $119.85. According to the lawsuit, Batchelor advertised pirated copies of the fitness DVDs on EBay. A private investigator hired by Product Partners purchased a counterfeit copy of the fitness system in December 2009 from Batchelor for $47.99, the lawsuit said.

Between November 2009 and January 2010, Batchelor sold 129 sets of the counterfeit videos, the company said, citing records that Batchelor provided.

Batchelor did not file a response to the lawsuit, prompting Walter to enter a judgment in favor of Product Partners. He could not be reached for comment.

-- Stuart Pfeifer

*Photo: P90X fitness program developer Tony Horton. Credit: Jay L. Clendenin / Los Angeles Times*

Twitter: @latimespfeifer
Facebook: latimespfeifer

More in: Health/Fitness, Lawsuits, Scams

Coastline Pilot | Daily Pilot | Huntington Beach Independent | Valley Sun | Burbank Leader | News Press | KTLA | Hoy | Brand X | LA, Los Angeles Times Magazine | ZAP2it
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | LA Times | Orlando Sentinel | Sun Sentinel | The Morning Call

Terms of Service | Privacy Policy | Los Angeles Times, 202 West 1st Street, Los Angeles, California, 90012 | Copyright 2011

A Tribune Web site

# Exhibit J

# JOHNSON & PHAM, LLP

February 7, 2012

*__Via Certified U.S. Mail__*
Tri Luu
6531 Westminster Blvd. Ste. 2
Westminster, CA 92683

      **Re:**    *__Mophie, Inc. v. Tri Luu, et al.__*
              *__Our File No.: 11-ME-1090__*

Dear Tri Luu:

As you are aware, this firm represents Mophie, Inc. (hereinafter "Mophie"), the source of – and owner of exclusive distribution rights in – its MOPHIE® line of products.

I am writing in a final effort to avoid the commencement of litigation against you for engaging in the illegal copying, marketing, sale and/or distribution of counterfeit MOPHIE® branded products. Your unauthorized use of Mophie's trademarks violates various federal and state laws, including, but not limited to, the federal *Lanham Act* (15 *U.S.C.* §§1114 and 1125). A demand letter and draft COMPLAINT were sent to you via electronic mail on January 24, 2012. A copy of our January 23, 2012, demand letter and draft COMPLAINT are enclosed for your review. To date, we have not received a response.

With the foregoing in mind, please respond to our demand or have legal counsel contact our office within seven (7) days of receipt of this letter or we will be forced to file a COMPLAINT against you. DO NOT IGNORE THIS LETTER. It is not our intention to be unreasonable but once a lawsuit is initiated we will protect our client's interests to the full extent provided by the law.

Yours truly,

**JOHNSON & PHAM, LLP**

Jason R. Vener, Esq.
Attorneys for Mophie, Inc.

Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Tri Luu**
**6531 Westminster Blvd. Ste. 2**
**Westminster, CA 92683**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7010 3090 0002 5356 2126

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7010 3090 0002 5356 2126

**Tri Luu**
**6531 Westminster Blvd. Ste. 2**
**Westminster, CA 92683**

PS Form 3800, August 2006        See Reverse for Instructions

# Exhibit K



# Exhibit L



Hi wealthdistributors! (Sign out)

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

All Categories          Search    Advanced

eBay Buyer Protection

# Purchase History

Time left: **17 days 2 mins**

☑ **You bought this item.** View your purchases of this item

Note: the user used the below after you made a purchase, you'll also see the item description for purchases. View Purchased Item details

## Item info



**Mophie Juice Pack Plus Battery Case 2000mAh for iPhone 4 & 4S**

| User ID | Price | Quantity | Date of Purchase | Action |
|---|---|---|---|---|
| r***s ( 0 ) | US $57.99 | 1 | Feb-26-12 21:23:39 PST | -- |
| s***u ( 21 ☆ ) | US $57.99 | 1 | Feb-23-12 05:21:39 PST | -- |
| e***s ( 53 ★ ) | US $57.99 | 1 | Feb-20-12 17:41:23 PST | -- |
| wealthdistributors ( private ) | US $57.99 | 1 | Feb-19-12 20:23:13 PST | **Leave feedback** More actions ▾ |
| 2***m ( 7 ) | US $57.99 | 1 | Feb-19-12 13:33:00 PST | -- |
| 2***m ( 7 ) | US $57.99 | 1 | Feb-15-12 22:25:00 PST | -- |
| 7***j ( 3 ) | US $57.99 | 1 | Feb-15-12 22:01:44 PST | -- |
| a***x ( 114 ☆ ) | US $57.99 | 1 | Feb-15-12 20:03:38 PST | -- |

Buy Now: US $57.99
Shipping: US $5.99 Expedited Shipping (USPS Priority Mail)
Quantity: 2 Available
Item number: 250096177785

Buy Another
Add to Cart

About eBay  Security Center  Buyer Tools  Policies  Stores  eBay Wish list  Site Map  eBay official time  Preview new features
Tell us what you think

User Agreement
Privacy Policy

# Exhibit M

**eb**

Hi, wealthdistributors! {Sign out}

| CATEGORIES ▾ | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

eBay Buyer Protection

Back to search results | Cell Phones & PDAs › Cell Phone & PDA Accessories › Batteries

You bought this item | View order details



Add to Watch list

 Click to view larger image

Sell one like this

## Mophie Juice Pack Plus Battery Case 2000mAh for iPhone 4 & 4S

Item condition  **New**

Time left:  17d 00h (Mar 15, 2012 18:35:51 PDT)

Quantity:  [1]  2 available

Price:  US $57.99    **Buy another**

**Add to cart** 🛒

Add to Watch list ▾

Bill Me Later: **$10 back & 6 mos to pay** on your 1st purchase Subject to credit approval. See terms

Shipping:  $5.99 Expedited Shipping | See all details

Delivery:  Estimated between Fri. Mar. 2 and Sat. Mar. 3

Returns:  7 days item exchange only; buyer pays return shipping | Read details

### Seller info
**americaneagle-us84** ( 2 )
100% Positive feedback

Save this seller
See other items

### Other item info
Item number  250996177785
Item location  Westminster, CA United States
Ships to  United States
Payments  PayPal, Bill Me Later  See details
History  8 sold

Print   Report item

 **eBay** Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Description | Shipping and payments |

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is  Read more | Brand: | Apple |
| Compatible Brand | For Apple | MPN: | extended battery |
| Capacity | 2000 mAh | | |

* BRAND NEW NEVER USED

* 2000 MAH WITH 4 COLOR : BLACK, BLUE, PINK, YELLOW

* RETURN POLICY : EXCHANGED, NO RETURNED

* 2-3 DAYS SHIPPING

## Questions and answers about this item

No questions or answers have been posted about this item

Ask a question

Back to search results

Return to top

Get $10 On!



Apply Now ⊙

Copyright © 1995-2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

# Exhibit N



TERAPEAK

| Home | **Product Research** | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

mophie                    2011-11-27 - 2012-02-24    ▼   eBay.com  ▼      GO

eBay.com (73)        All Categories        ▼

+ Show Product Filters    Seller ID ✕                          ↻ Clear Filters    Pin Panel    ✓ Apply Filters

Views   Key Stats   Actions                              Product Overview

| Avg. Price: | Avg. Shipping: | Start Price: | Listings: | Sell-Through: |
| $54.51 | $5.62 | $53.53 | 73 | 53.42% |

### General Stats

| | |
| --- | --- |
| Total Sales | $9,376 |
| Total Listings | 73 |
| Successful Listings | 39 |
| Total Bids | 180 |
| Items Offered | 556 |
| Items Sold | 172 |
| Bids per Listing | 2.47 |
| Sell-Through | 53.42% |
| Sellers per Day | 1 |

### Highest Priced Items



MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE
End Price: $62.99
Bids: 1
End Date: 2011-11-29

MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE
End Price: $61.99
Bids: 1
End Date: 2011-12-04

### Overview

| | |
| --- | --- |
| Day of Week | Mon, Thu |
| Duration | 1 Day |
| Keywords | iphone, amh, external, juice |
| Time of Day | 9-10AM |
| Listing Promotions | Buy it now |
| Listing Types | Bid Auction |
| Categories | Cell Phones & PDAs |
| Start Price | $53.53 |

### Time of Day

| Time of Day | Total Listings | Average End Price | Sell-Through |
| --- | --- | --- | --- |
| 12-1AM | 1 | $61.99 | 100.00% |
| 7-8AM | 3 | $51.99 | 33.33% |
| 8-9AM | 5 | $58.66 | 80.00% |
| 9-10AM | 12 | $61.99 | 8.33% |
| 10-11AM | 11 | $55.99 | 27.27% |
| 11AM-12PM | 5 | $57.92 | 60.00% |

### Listing Promotions



### Pricing

### Day of Week



### Keywords



### Duration



### Categories



### Listing Types



Analysis took 1.23 seconds. Page generation took 1.57 seconds.

© 2012 Terapeak.com™  All Rights Reserved.        Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy.

TERAPEAK
FOR EBAY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

| mophie | | 2011-11-27 - 2012-02-24 ▼ | eBay.com ▼ | GO |
|---|---|---|---|---|

eBay.com (73)          All Categories ▼

➕ Show Product Filters    🖉 Seller ID ✕                         ⊘ Clear Filters    Pin Panel    Apply Filters

Views 🔲 ☰ 〜 ⚖ ⊙   Actions 🖫 🖉                              Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |
|---|---|---|---|---|

| | Item Title | Sold | Format | Start Price | End Price ▾ | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $62.99 | $62.99 | 1 | 2011-11-29 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $61.99 | 1 | 2011-12-04 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $61.99 | 1 | 2011-12-17 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $61.99 | 1 | 2011-12-17 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $54.99 | $60.99 | 1 | 2011-12-17 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $54.99 | $60.00 | 5 | 2011-12-23 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $59.99 | 1 | 2011-12-03 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $59.99 | $59.99 | | 2011-12-14 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $59.99 | $59.99 | 1 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $59.99 | $59.99 | 2 | 2011-12-19 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BATTERY | | | | | | |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $59.99 | $59.99 | 1 | 2012-01-29 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $59.99 | 1 | 2011-12-24 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $59.99 | 1 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $58.99 | 1 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $51.99 | $57.99 | 1 | 2011-12-04 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $51.99 | $57.99 | 1 | 2011-12-12 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $52.99 | $57.00 | 4 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $56.99 | $56.99 | 1 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $56.99 | $56.99 | 1 | 2011-12-25 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $56.99 | $56.99 | 1 | 2012-01-11 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $55.99 | 1 | 2011-12-06 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $55.99 | 1 | 2011-12-06 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $55.99 | $55.99 | 1 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $55.99 | $55.99 | 1 | 2011-12-23 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™   All Rights Reserved.        Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy.



TERAPEAK
FOR EBAY

| | Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

| mophie | | 2011-11-27 - 2012-02-24 ▼ | eBay.com ▼ | GO |

eBay.com (73)    All Categories ▼

+ Show Product Filters    Seller ID ×    ⊘ Clear Filters    Pin Panel    Apply Filters

Views    Actions    Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price ▼ | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-13 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $55.99 | 1 | 2011-12-07 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $55.99 | 1 | 2011-12-06 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-14 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-13 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-15 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $55.99 | $55.99 | 1 | 2011-12-23 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-18 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $55.99 | $55.99 | 1 | 2011-12-17 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S | | | | | | |

| | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-25 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-19 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-03 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-20 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-06 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-08 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 2 | 2012-02-09 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-07 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-06 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-02-06 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeas.com™ All Rights Reserved.    Use of this Website constitutes acceptance of the Terapeas.com Terms and Privacy Policy



# TERAPEAK
FOR EBAY

| Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

| mophie | | 2011-11-27 - 2012-02-24 | eBay.com | GO |

eBay.com (73)    All Categories

Show Product Filters    Seller ID ×    Clear Filters    Pin Panel    Apply Filters

Views    Actions    Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-29 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 2 | 2011-12-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL B-ITERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-29 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 3 | 2011-12-29 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | FBN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | | | | | | BATTERY |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2011-12-29 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2011-12-31 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2011-12-31 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-10 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-08 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-11 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-17 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-18 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-04 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-02 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-01 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-01 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-01 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $54.99 | $54.99 | 1 | 2012-01-02 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™ All Rights Reserved     Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy



TERAPEAK

| | | | 2011-11-27 - 2012-02-24 | eBay.com | GO |

eBay.com (73)    All Categories

Show Product Filters    Seller ID ✕          Clear Filters    Pin Panel    ✓ Apply Filters

Views                Actions              Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $49.99 | $54.99 | 1 | 2011-12-00 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-20 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $49.99 | $54.99 | 1 | 2011-12-03 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $49.99 | $54.99 | 1 | 2011-11-28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 2 | 2011-12-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-27 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-22 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BATTERY | | | | | | |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-26 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $54.99 | $54.99 | 1 | 2011-12-23 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $53.99 | 1 | 2011-12-16 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $53.99 | 1 | 2011-12-14 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $53.99 | 1 | 2011-12-01 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $53.99 | $53.99 | 1 | 2011-12-10 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $53.99 | $53.99 | | 2012-01-07 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $53.99 | $53.99 | 1 | 2012-01-15 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $52.99 | $53.99 | 1 | 2012-01-18 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $52.99 | $52.99 | 1 | 2012-01-16 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $51.99 | $53.00 | 2 | 2011-12-14 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $52.99 | $52.99 | 1 | 2012-02-07 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $52.99 | $52.99 | 3 | 2012-02-07 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $52.99 | $52.99 | 1 | 2012-02-07 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™  All Rights Reserved      Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy



TERAPEAK

| | Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

mophie          2011-11-27 – 2012-02-24    ▼  eBay.com  ▼          GO

eBay.com (73)          All Categories  ▼

+ Show Product Filters    🔒 Seller ID  ✕          ⊘ Clear Filters    ⤢ Pin Panel    ✓ Apply Filters

Views:  ▦ ☰ ⟋ ⟗ ◉    Actions  💾 ☶          Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price ▾ | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-01 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-02 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-01 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-02-01 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-01-31 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-01-31 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ⇋BN | $52.99 | $52.99 | 1 | 2012-01-31 |

MOPHIE JUICE PACK AIR PLUS FOR IPHONE

| | | | | | | |
|---|---|---|---|---|---|---|
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-01 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-02 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-03 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-07 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-07 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 3 | 2012-02-07 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-07 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-07 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-04 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-04 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-03 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-03 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-04 |
| MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-02-04 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™   All Rights Reserved.        Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy.

TERAPEAK
FOR EBAY

| | Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |
|---|---|---|---|---|---|---|---|

| mophie | | 2011-11-27 - 2012-02-24 | eBay.com | GO |
|---|---|---|---|---|

eBay.com (73)          All Categories

+ Show Product Filters      Seller ID         Clear Filters    Hit Panel    Apply Filters

Views                Actions              Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |
|---|---|---|---|---|

| | Item Title | Sold | Format | Start Price | End Price | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-20 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-21 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 2 | 2012-01-20 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $52.99 | $52.99 | 1 | 2011-12-11 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $52.99 | $52.99 | 1 | 2011-12-16 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $52.99 | $52.99 | 1 | 2011-12-19 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-20 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | =BN | $52.99 | $52.99 | 1 | 2012-01-21 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-29 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-29 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-30 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-28 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-24 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $52.99 | $52.99 | 1 | 2012-01-23 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $51.99 | $51.99 | 1 | 2011-12-17 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $49.99 | $51.99 | 1 | 2011-12-09 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | Bid | $49.99 | $49.99 | 1 | 2011-12-11 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $45.99 | $45.99 | 1 | 2012-01-22 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $45.99 | $45.99 | 1 | 2012-01-20 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | ≡BN | $45.99 | $45.99 | 1 | 2012-01-20 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™  All Rights Reserved.        Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy

TERAPEAK
FOR EBAY

| | Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

| mophie | | 2011-11-27 - 2012-02-24 ▼ | eBay.com ▼ | GO |

eBay.com (73)          All Categories ▼

+ Show Product Filters    Seller ID ×                          Clear Filters    Pin Panel    Apply Filters

Views:  Actions                                                Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price ▼ | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $45.99 | $45.99 | 1 | 2012-01-05 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $45.99 | $45.99 | 1 | 2012-01-12 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $45.99 | $45.99 | 1 | 2012-01-16 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $45.99 | $45.99 | 1 | 2012-01-18 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $44.99 | $44.99 | 1 | 2012-02-01 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4 1500-Amh RECHARGEBLE EXTERNAL BATTERY | Yes | BIN | $44.99 | $44.99 | 1 | 2012-02-07 |
| | MOPHIE JUICE PACK AIR PLUS FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | BIN | $57.99 | $57.99 | 0 | 2012-01-25 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-14 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-15 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-14 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-13 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-18 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $58.99 | $0.00 | 0 | 2011-12-13 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $61.69 | $0.00 | 0 | 2011-12-1 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $58.99 | $0.00 | 0 | 2011-12-14 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-16 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-2 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-20 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-26 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-21 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $52.99 | $0.00 | 0 | 2011-12-18 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $52.99 | $0.00 | 0 | 2011-12-15 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $54.99 | $0.00 | 0 | 2011-12-16 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-13 |

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com™ All Rights Reserved    Use of this Website constitutes acceptance of the Terapeak.com Terms and a Privacy Policy

TERAPEAK
FOR EBAY

| | Product Research | Competitor Research | Category Research | Hot Research | Saved Searches | Value Track | Title Builder |

| mophie | | 2011-11-27 - 2012-02-24 ▼ | eBay.com ▼ | GO |

eBay.com (73)      All Categories ▼

+ Show Product Filters    ⚲ Seller ID ×                    Clear Filters    Pin Panel    Apply Filters

Views 🔲 ☰ 〰 ⚖ ⊙    Actions 🗄 🖉                                    Product Listings

| Avg. Price: $54.51 | Avg. Shipping: $5.62 | Start Price: $53.53 | Listings: 73 | Sell-Through: 53.42% |

| | Item Title | Sold | Format | Start Price | End Price ▼ | Bids | End Date |
|---|---|---|---|---|---|---|---|
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $52.99 | $0.00 | 0 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $51.99 | $0.00 | 0 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $50.99 | $0.00 | 0 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-08 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $50.99 | $0.00 | 0 | 2011-12-09 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $58.99 | $0.00 | 0 | 2011-12-09 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $55.99 | $0.00 | 0 | 2011-12-09 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $51.99 | $0.00 | 0 | 2011-12-12 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $50.99 | $0.00 | 0 | 2011-12-12 |
| | MOPHIE JUICE PACK AIR FOR IPHONE 4/4S | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $52.99 | $0.00 | 0 | 2011-12-11 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $53.99 | $0.00 | 0 | 2011-12-09 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $49.99 | $0.00 | 0 | 2011-12-11 |
| MOPHIE JUICE PACK AIR FOR IPHONE 4/4S 2000-Amh RECHARGEBLE EXTERNAL BATTERY | No | Bid | $58.99 | $0.00 | 0 | 2011-12-12 |

< 1 2 3 ⋯ 6 7 8 > **Go to page:** GO

Analysis took 1.06 seconds. Page generation took 1.41 seconds.

© 2012 Terapeak.com℠ All Rights Reserved.     Use of this Website constitutes acceptance of the Terapeak.com Terms and Privacy Policy.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV12- 325 JVS (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| **[ ] Western Division** | **[X] Southern Division** | **[ ] Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |


Failure to file at the proper location will result in your documents being returned to you.

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, CA 91367
Tel. No.: (818) 888-7540 Fax. No.: (818) 888-7544

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> TRI LUU, an Individual, and Does 1-10, Inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV12-00325 JVS (MLGx)** <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):   TRI LUU, an Individual.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Christopher Q. Pham, Esq._____ , whose address is 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367_____ .  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   MAR 2 ― 2012

By: _____
AMY DeAVILA
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                      SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation. | DEFENDANTS TRI LUU, an Individual, and Does 1-10, Inclusive. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) JOHNSON & PHAM, LLP 6355 Topanga Canyon Boulevard, Suite 326 Woodland Hills, CA 91367 Tel. No. (818) 888-7540; Fax. No. (818) 888-7544 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV12-00325 JVS (MLGx)**

FOR OFFICE USE ONLY:   Case Number _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☐ No   ☐ Yes
If yes, list case number(s): _____

VIII(b).  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☐ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date March 2, 2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |