JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRI LUU, an Individual, and Does 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: SACV12-00325 JVS (MLGx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff MOPHIE, INC., is hereby awarded final judgment on its claims for relief against Defendant TRI LUU, in the sum of $125,000.00 under 15 *U.S.C.* §1117(c)(2) and 17 *U.S.C.* §504(c)(2), as the prevailing party in this action,

1 pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local
2 Rule 55-1. Under Local Rule 55-3, Plaintiff is awarded attorneys' fees of
3 $5,600.00. Plaintiff is further awarded costs in the amount of $422.50 to be
4 determined by a Notice of Application to the Clerk to Tax Costs within fifteen (15)
5 days after the entry of judgment. Furthermore, Defendant is permanently enjoined
6 and restrained from the following activities and conduct and ordered as follows:

7     a) Defendant and any person or entity acting in concert with, or at the
8 direction of him, including any and all agents, servants, employees, partners,
9 assignees, distributors, suppliers, resellers and any others over which he may
10 exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
11 from engaging in, directly or indirectly, or authorizing or assisting any third party
12 to engage in, any of the following activities in the United States and throughout the
13 world:

14     i) copying, manufacturing, importing, exporting, marketing, sale,
15 offering for sale, distributing or dealing in any product or service that uses, or
16 otherwise making any use of, any of Plaintiff's MOPHIE® trademarks and
17 copyrights, and/or any intellectual property that is confusingly or substantially
18 similar to, or that constitutes a colorable imitation of, any of Plaintiff's MOPHIE®
19 trademarks and copyrights, whether such use is as, on, in or in connection with any
20 trademark, service mark, trade name, logo, design, Internet use, website, domain
21 name, metatags, advertising, promotions, solicitations, commercial exploitation,
22 television, web-based or any other program, or any product or service, or
23 otherwise;

24     ii) performing or allowing others employed by or representing him,
25 or under his control, to perform any act or thing which is likely to injure Plaintiff,
26 any of Plaintiff's MOPHIE® trademarks and copyrights, and/or Plaintiff's business
27 reputation or goodwill;
28 / / /

1    iii) engaging in any acts of federal and/or state trademark and/or
2 copyright infringement, false designation of origin, unfair competition, dilution, or
3 other act which would tend damage or injure Plaintiff; and/or

4    iv) using any Internet domain name or website that includes any of
5 Plaintiff's Trademarks and Copyrights, including the MOPHIE® marks.

6 b) Defendant is ordered to deliver immediately for destruction all
7 unauthorized products, including counterfeit MOPHIE® products and related
8 products, labels, signs, prints, packages, wrappers, receptacles and advertisements
9 relating thereto in his possession or under his control bearing any of Plaintiff's
10 intellectual property or any simulation, reproduction, counterfeit, copy or colorable
11 imitations thereof, and all plates, molds, heat transfers, screens, matrices and other
12 means of making the same, to the extent that any of these items are in Defendant's
13 possession.

14 IT IS SO ORDERED, ADJUDICATED and DECREED this 26th day of
15 June, 2012.

_____
HON. JAMES V. SELNA
United States District Judge